COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Artis Charles Harrell v. S.P. Dairy Ashford d.b.a Salon Park &
                         Brinson Management Corporation

Appellate case number:   01-15-00865-CV

Trial court case number: 2014-68877

Trial court:             189th District Court of Harris County

On January 11, 2016, the clerk of the court filed a supplemental clerk's record in the above-referenced appeal containing an information sheet stating that no contest to the Pauper's affidavit was filed. Appellant may therefore proceed on appeal without advance payment of costs. *See* TEX. R. APP. P. 20.1(a)(2)(B), (f).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs. *See* TEX. R. APP. P. 20.1(a)(2)(B), (f).

The trial court clerk is **ORDERED** to provide a complete copy of the clerk's record to appellant without charge. Because the court reporter has previously informed the Court that no reporter's record exists, no reporter's record need be provided to appellant.

Judge's signature: /s/ Sherry Radack
                   ☒ Acting individually     ☐ Acting for the Court

Date: January 21, 2016